```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN MCMURRY, ROBERT FAY, and
JILL ROBINSON,

           Plaintiffs,

v.

PEARSON EDUCATION, INC.,

           Defendant.

No. 21-CV-10129 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    An initial conference is scheduled in this case for March 4, 2022. Due to a scheduling conflict, that conference is rescheduled to March 3, 2022 at 10:15 a.m. The dial-in information remains the same.

SO ORDERED.

Dated:    February 24, 2022
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge